UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

----------------------------------------------------------- X

| | | |
|---|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION | : | 3:09-md-02100-DRH-PMF |
| | : | MDL No. 2100 |
| | : | |
| AMY PEASE, | : | Judge David R. Herndon |
| Plaintiff | : | |
| vs. | : | |
| BAYER CORPORATION et al., | : | |
| Defendants. | : | Civil Action No.: 3:2009-cv-20133 |

----------------------------------------------------------- X

**ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT**

Upon consideration of Plaintiff's Motion for Leave to File a First Amended Complaint (3:2009-cv-20133 Doc. 26), the Court hereby ORDERS as follows: Plaintiff's Motion is **GRANTED**. Further, the Court **DIRECTS** Plaintiff to file the amended complaint instanter.

**SO ORDERED:**

/s/ *David R Herndon*
Chief Judge
United States District Court                    DATE: May 5, 2010